UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-117 |
| VERSUS | SECTION "G" |
| DANNY PATRICK KEATING, JR. | VIOLATION: 18:371 |

NOTICE OF SENTENCING
(continued from 1/19/2023)

Take notice that this criminal proceeding is set for **April 27, 2023 at 10:00 a.m.** before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  December 14, 2022                    CAROL L. MICHEL, CLERK
                                            by: Dena White, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

| | |
|---|---|
| ✓ DANNY KEATING, JR. (bond) | ✓ AUSA: Edward J. Rivera |
| ✓ Brian J. Capitelli, Counsel | ✓ AUSA: Brian M. Klebba |
| | ✓ U.S. Probation Office |
| | ✓ U.S. Probation Office - Pretrial Services Unit |
| | ✓ U.S. Marshal |
| | ✓ JUDGE |
| | ✓ FBI – SA Robert Orvin |

**If you change address, notify clerk of court by phone, (504) 589-7680**