UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-CR-00117 |
| DANNY PATRICK KEATING, JR. | SECTION "G" |

## ORDER

Considering the foregoing unopposed motion to continue sentencing and the deadline to file objections to the draft Presentence Investigation Report,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The deadline for filing objections to the draft PSR be extended to November 27, 2023.

**IT IS FURTHER ORDERED** that the sentencing hearing scheduled for December 7, 2023 is **CONTINUED** to February 1, 2024 at 10:00 AM.

**NEW ORLEANS, LOUISIANA,** this ___6th___ day of November, 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**