UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-117 |
| VERSUS | SECTION "G" |
| DANNY PATRICK KEATING, JR. | VIOLATION: 18:371 |

<u>NOTICE OF SENTENCING</u>
(continued from 2/1/2024)

Take notice that this criminal proceeding is set for **<u>April 25, 2024 at 10:00 a.m.</u>** before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  January 24, 2024                              CAROL L. MICHEL, CLERK
                                                                           by: Morgan Palmer, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ DANNY KEATING, JR.                         ✓ AUSA: Edward J. Rivera

✓ Brian J. Capitelli, Counsel                    ✓ AUSA: Brian M. Klebba

                                                                  ✓ U.S. Probation Office

                                                                  ✓ U.S. Probation Office - Pretrial Services Unit

                                                                  ✓ U.S. Marshal

                                                                  ✓ JUDGE

                                                                  ✓ FBI – SA Robert Orvin

**If you change address,
notify clerk of court
by phone, (504) 589-7680**