UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **CASE NO. 20-117** |
| **DANNY PATRICK KEATING, JR.** | **SECTION: "G"** |

## ORDER

Due to a conflict in the Court's calendar,

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for July 18, 2024 is continued to August 15, 2024 at 10:00 AM.

**NEW ORLEANS, LOUISIANA,** this 14th day of June, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**