UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-117 |
| VERSUS | SECTION "G" |
| DANNY PATRICK KEATING, JR. | VIOLATION: 18:371 |

NOTICE OF SENTENCING
(reset from 7/18/2024)

Take notice that this criminal proceeding is set for **August 15, 2024 at 10:00 a.m.** before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: June 14, 2024                                           CAROL L. MICHEL, CLERK
                                                              by: Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ DANNY KEATING, JR.                    ✓ AUSA: Edward J. Rivera

✓ Brian J. Capitelli, Counsel           ✓ AUSA: Brian M. Klebba

                                        ✓ U.S. Probation Office

                                        ✓ U.S. Probation Office - Pretrial Services Unit

                                        ✓ U.S. Marshal

                                        ✓ JUDGE

                                        ✓ FBI – SA Robert Orvin

**If you change address, notify clerk of court by phone, (504) 589-7680**