# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 20-117 |
| DANNY PATRICK KEATING | SECTION: "G" |

## ORDER

Due to a conflict in the Court's calendar,

**IT IS HEREBY ORDERED** that the sentencing hearing set for November 7, 2024 is **CONTINUED** to December 19, 2024 at 10:00 AM.

**NEW ORLEANS, LOUISIANA**, this <u>2nd</u> day of October, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**