UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-CR-00117 |
| DANNY PATRICK KEATING, JR. | SECTION "G" |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO PERMIT TRAVEL

COMES NOW the Defendant, DANNY PATRICK KEATING, JR., by and through undersigned counsel, and would move this Honorable Court to permit the Defendant to travel outside the Eastern District of Louisiana for the following reason:

I.

Mr. Keating, through undersigned counsel, has scheduled a visit with Family and Friends. The visit will be with friends of Keating's partner in Atlanta, Georgia and Boone, North Carolina. This visit is scheduled for Monday, October 28, 2024, through Wednesday, November 6, 2024.

II.

Additionally, U.S. Probation Officer Gregory Birch and AUSA Matt Payne do not oppose this request.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Unopposed Motion to Permit Travel to travel outside the Eastern District of Louisiana on October 28, 2024, through November 6, 2024, to visit Family and Friends be granted.

Respectfully submitted,

/s/Brian J. Capitelli
BRIAN J. CAPITELLI, BR# 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Tel: 504-582-2425
Email: brian@capitelliandwicker.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to AUSA Brian Klebba, Office of the United States Attorney, this 18th day of October 2024.

/s/Brian J. Capitelli
BRIAN J. CAPITELLI