UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-CR-00117 |
| DANNY PATRICK KEATING, JR. | SECTION "G" |

## MOTION TO SEAL

NOW INTO COURT, through undersigned counsel comes Defendant Danny Patrick Keating, Jr. who respectfully requests a Motion to Seal Document Number 113, in reference to the Unopposed Motion to Continue Sentencing.

Wherefore, Defendant Danny Patrick Keating, Jr. requests that the Unopposed Motion to Continue Sentencing, Document Number 113 be sealed.

Respectfully submitted,

/s/Brian J. Capitelli
BRIAN J. CAPITELLI (La. #27398)
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Danny Patrick Keating, Jr.*

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2024, I filed the foregoing with the Clerk of Court, United States District Court, Eastern District of Louisiana and will email to the Assistant United States Attorney handling this matter.

/s/ Brian J. Capitelli
BRIAN J. CAPITELLI