UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-117 |
| VERSUS | SECTION "G" |
| DANNY PATRICK KEATING, JR. | VIOLATION: 18:371 |

## NOTICE OF SENTENCING

Take notice that this criminal proceeding is set for **March 13, 2025 at 10:00 a.m.** before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: December 9, 2024               CAROL L. MICHEL, CLERK
                                      by: Morgan Palmer, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ DANNY KEATING, JR.                  ✓ AUSA: Edward J. Rivera

✓ Brian J. Capitelli, Counsel         ✓ AUSA: Brian M. Klebba

                                      ✓ U.S. Probation Office

                                      ✓ U.S. Probation Office - Pretrial Services Unit

                                      ✓ U.S. Marshal

                                      ✓ JUDGE

                                      ✓ FBI – SA Robert Orvin

**If you change address, notify clerk of court by phone, (504) 589-7680**