UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-CR-00117 |
| DANNY PATRICK KEATING, JR. | SECTION "G" |

**MOTION TO SEAL**

NOW INTO COURT, through undersigned counsel comes Defendant Danny Patrick Keating, Jr. who respectfully requests a Motion to Seal the document attached, in reference to the Unopposed Motion and Incorporated Memorandum to Permit Travel.

Wherefore, Defendant Danny Patrick Keating, Jr. requests that the Unopposed Motion and Incorporated Memorandum to Permit Travel be sealed.

Respectfully submitted,
/s/Brian J. Capitelli
BRIAN J. CAPITELLI (La. #27398)
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Danny Patrick Keating, Jr.*

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2025, I filed the foregoing with the Clerk of Court, United States District Court, Eastern District of Louisiana and will email to the Assistant United States Attorney handling this matter.

/s/ Brian J. Capitelli
BRIAN J. CAPITELLI