**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-117** |
| **v.** | * | **SECTION: "G"** |
| **DANIEL PATRICK KEATING, JR.** | * | |
| | * * * | |

**MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW COUNSEL**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Maria M. Carboni to be withdrawn as counsel of record for the United States of America because the undersigned counsel is no longer actively working on this matter.   Assistant United States Attorneys Brian Klebba and Edward Rivera will remain as counsel of record.

**WHEREFORE** undersigned counsel respectfully requests that she be withdrawn as counsel of record for the United States of America.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/ Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3154
Email: maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney

2