UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-CR-00117 |
| DANNY PATRICK KEATING, JR. | SECTION "G" |

### MOTION TO SEAL

NOW INTO COURT, through undersigned counsel comes Defendant, DANNY PATRICK KEATING, JR. who respectfully requests a Motion to Seal the present Motion and accompanying Motion to Permit Travel due to safety concerns related to his ongoing cooperation.

WHEREFORE, Defendant, Danny Patrick Keating, Jr. respectfully requests that the present Motion and accompanying Motion to Permit Travel be SEALED.

Respectfully submitted,

/s/ Brian J. Capitelli
BRIAN J. CAPITELLI (La. #27398)
CAPITELLI & WICKER
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Danny Patrick Keating, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th   day of March 2026, I electronically filed the foregoing with the Clerk of Court through sealeddocs@laed.uscourts.gov and provided a copy via email to counsel for the government.

/s/Brian J. Capitelli
BRIAN J. CAPITELLI