UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO. 20-CR-00117

DANNY PATRICK KEATING, JR.                        SECTION "G"


## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS HEREBY ORDERED that the Clerk of Court, Eastern District of Louisiana, SEAL the present Motion to Seal and accompanying Motion to Permit Travel in the above captioned matter.


NEW ORLEANS, LOUISIANA, this _____ day of March 2026.


_____
HONORABLE NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE