UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 20-CR-00117

DANNY PATRICK KEATING, JR.                  SECTION "G"

### MOTION TO SEAL

NOW INTO COURT, through undersigned counsel comes Defendant Danny Patrick Keating, Jr. who respectfully requests a Motion to Seal the document attached, in reference to the Unopposed Motion to Continue Sentencing.

Wherefore, Defendant Danny Patrick Keating, Jr. requests that the Unopposed Motion to Continue Sentencing documents be sealed.

Respectfully submitted,

/s/Brian J. Capitelli
BRIAN J. CAPITELLI (La Bar No. 23798)
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, La 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Danny Patrick Keating, Jr.*

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March 2026, I filed the foregoing with the Clerk of Court, United States District Court, Eastern District of Louisiana and will email to the Assistant United States Attorney handling this matter.

/s/ Brian J. Capitelli
BRIAN J. CAPITELLI