UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 20-CR-00117

DANNY PATRICK KEATING, JR.                  SECTION "G"

## **ORDER**

Considering the foregoing motion,

IT IS HEREBY ORDERED that the Clerk of Court, Eastern District of Louisiana, SEAL

the attached Unopposed Motion to Continue Sentencing in the above-captioned matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE