UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DANNY PATRICK KEATING, JR.

CRIMINAL NO. 20-117

SECTION "G"

VIOLATION: 18:371

NOTICE OF SENTENCING

Take notice that this criminal proceeding is set for **August 6, 2026 at 10:00 a.m.** before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  March 31, 2026

CAROL L. MICHEL, CLERK
by: Morgan Palmer, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ DANNY KEATING, JR.

✓ Brian J. Capitelli, Counsel

✓ AUSA: Edward J. Rivera

✓ AUSA: Brian M. Klebba

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ FBI – SA Robert Orvin

**If you change address, notify clerk of court by phone, (504) 589-7680**